# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DENISE WILSON,                                                                                          PLAINTIFF
ADC #704858

v.                                      No. 5:12CV00124 JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                       DEFENDANT

## ORDER

Denise Wilson has filed a motion for an extension of time to file objections to the magistrate judge's Proposed Findings and Recommended Disposition. That motion is GRANTED. Document #4. The time within which Wilson must file her objections is extended up to and including June 22, 2012.

IT IS SO ORDERED this 1st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE