## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DENISE WILSON                                                                                    PETITIONER
ADC #704858

v.                                    No. 5:12CV00124 JLH/JTR

RAY HOBBS, Director
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254, is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

DATED this 27th day of June, 2012

_____
UNITED STATES DISTRICT JUDGE